# UNITED STATES DISTRICT COURT
for the
U.S. COURTHOUSE KENTUCKY Division

Robert W. Johnson,
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Cleveland Marriott East
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:22-CV-45-HRW
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

Eastern District of ...
FILE
APR - 4 2022

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert W. Johnson
Street Address: 112 COURT ST., APT. 2
City and County: Watertown and Jefferson
State and Zip Code: New York and 13601
Telephone Number: 213-304-4680
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

- Name: Cleveland Marriott East Corporation
- Job or Title (if known):
- Street Address: 26300 HARVARD ROAD
- City and County: BEACHWOOD
- State and Zip Code: OHIO and 44122
- Telephone Number: 216-378-9191
- E-mail Address (if known):

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Cleveland Marriott East
Street Address: 26300 HARVARD ROAD
City and County: WARRENSVILLE HEIGHTS
State and Zip Code: OHIO and 44122
Telephone Number: 216-378-9191

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*: Federal Question

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Denial of Contractual Agreements

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 03/11/2022.

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race — Black/Afro-American.
- [x] color — Black
- [x] gender/sex
- [x] religion — Christianity
- [x] national origin — African-American
- [x] age (year of birth) — 1984 *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* — PTSD.

E. The facts of my case are as follows. Attach additional pages if needed.

_____Pending_____

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

03/12/2022.

B. The Equal Employment Opportunity Commission (check one):

[X] has not issued a Notice of Right to Sue letter.

[ ] issued a Notice of Right to Sue letter, which I received on (date) _____.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

[ ] 60 days or more have elapsed.

[ ] less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$100,000,000.00 for punitive damages: $20,000,000.00 for future pain & suffering: Employment: Apology: All other reliefs Just & Proper.

_Pending._

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/25/2022

Signature of Plaintiff: _Robert W. Johnson_

Printed Name of Plaintiff: Robert W. Johnson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

CAPTION

Robert W. Johnson,
Plaintiff.

v.

Cleveland Marriott East, Defendant

**CERTIFICATE OF SERVICE***

Docket Number: _____

I, __Robert W. Johnson__, hereby certify under penalty of perjury that
      (print name)

on __03/25/2022__, I served a copy of __Complaint For Employment Discrimination__
      (date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery        _X_ United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Court Clerk | US COURTHOUSE | 35 W. 5TH ST. | COVINGTON | KY | 41011 |
|---|---|---|---|---|---|
| Name | Address | City | State | Zip Code | |
| Name | Address | City | State | Zip Code | |
| Name | Address | City | State | Zip Code | |
| Name | Address | City | State | Zip Code | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__03/25/2022__                                    __Robert W. Johnson__
Today's Date                                      Signature

Certificate of Service Form (Last Revised 12/2015)