IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Robert W. Johnson, | Case No. 1:22cv577 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Cleveland Marriott East, | ORDER OF DISMISSAL |
| Defendant. | |

*Pro se* plaintiff Robert W. Johnson filed a complaint in this action against Cleveland Marriott East. (Doc. No. 1.) As with his prior complaint in *Johnson v. Doubletree*, No. 1: 22 CV 571 (N.D. Ohio filed April 11, 2022), Plaintiff initially filed this action in the Eastern District of Kentucky and it was transferred here. Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis*.

Plaintiff is a frivolous filer in federal court and has been declared a vexatious litigator by the United States District Court of the Southern District of Ohio. *See Robert W. Johnson v. Seth A. Abel, et al.*, No. 2:19-cv-02865-EAS-CMV (S.D. Ohio). Additionally, he has been repeatedly warned by courts in this district that his failure to pay the filing fee or a complete application to proceed *in forma pauperis* would result in dismissal of his complaints. *See Johnson v. Progressive Insurance Co.*, No. 1:19 CV 826 (N.D. Ohio filed Apr. 15, 2019) (Oliver, J.); *Johnson v. Collins*, *Roche, Utley & Garner, LLC*, No. 5:19 CV 1349 (N.D. Ohio filed June 11, 2019) (Lioi, J.); and *Johnson v. Renwick*, No. 1:19 CV 1452 (N.D. Ohio filed June 24, 2019) (Oliver, J.); *Johnson v. Richland Cty. Jail*, No. 1: 22 CV 910 (N.D. Ohio filed May 9, 2022) (Nugent, J.) (dismissing prior *pro se* cases filed by Plaintiff due to his failure to pay the filing fee or to file a complete application to proceed *in forma pauperis*).

Plaintiff's filing this action in federal court, without complying with the numerous readily-comprehended court orders notifying him that he must pay the filing fee or file a proper application to proceed *in forma pauperis,* amounts to bad faith and contumacious conduct warranting summary dismissal. *See Steward v. City of Jackson, Tenn.*, 8 Fed. Appx. 294, 296 (6th Cir. 2001), citing *Carver v. Bunch*, 946 F.2d 451, 454 (6th Cir. 1991).

Further, proceeding *in forma pauperis* is a privilege, not a right. *Wilson v. Yaklich*, 148 F.3d 596, 603 (6th Cir. 1998); *Weaver v. Toombs*, 948 F.2d 1004, 1008 (6th Cir. 1991). Federal courts may revoke or deny the privilege of proceeding without prepayment of the filing fees when a litigant abuses the privilege by repeatedly filing frivolous, harassing, or duplicative lawsuits. *In re McDonald*, 489 U.S. 180, 184-85 (1989); *Maxberry v. S.E.C.*, 879 F.2d 222, 224 (6th Cir. 1989). Plaintiff's repeated filing of complaints without complying with readily comprehended court requirements amounts to an abuse of the privilege of proceeding *in forma pauperis*.

Accordingly, Plaintiff's complaint in this action is DISMISSED, and he is now prohibited from filing any future lawsuits in this district unless he pays the filing fee. The Clerk of Court is directed not to accept any new complaint from Plaintiff unless it is accompanied by the full filing fee. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith.

**IT IS SO ORDERED.**

    *s/ Pamela A. Barker*
    PAMELA A. BARKER
Date: June 22, 2022    U. S. DISTRICT JUDGE